# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1401
_____

BRADLEY RANDAZZO,

    Appellant,

    v.

MARK S. INCH, Secretary,
Florida Department of
Corrections; WARDEN HODGSON,
Columbia C.I.; DR. GEORGE;
CORIZON HEALTH SERVICES; and
CENTURION HEALTH SERVICES,

    Appellees.

_____

On appeal from the Circuit Court for Columbia County.
Mark E. Feagle, Judge.

October 14, 2019

PER CURIAM.

    AFFIRMED.

LEWIS, OSTERHAUS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bradley Randazzo, pro se, Appellant.

Kenneth S. Steely, General Counsel, Florida Department of Corrections, and Ashley Moody, Attorney General, Albert J. Bowden III, Assistant Attorney General, and William H. Stafford III, Assistant Attorney General, Tallahassee, for Appellee Mark S. Inch; Ana C. Francolin of Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP, Orlando, for Appellees Centurion of Florida, LLC and Dr. George; Jami M. Kimbrell, Joseph E. Brooks, and Olivia M. Brooks of Brooks Law, Tallahassee, for Appellee Corizon Health.